JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL WILLIE HENRY,    )    Case No. CV 12-4483-FMO  (OP)
    )
    )    J U D G M E N T
    )
    Petitioner,    )
    v.    )
    )
DOMINGO URIBE, JR., Warden,    )
    )
    )
    Respondent.    )
_____)

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 3, 2013      /s/
         HONORABLE FERNANDO M. OLGUIN
         United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge